1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEVI MICAH BARTER,                           No.  2:13-cv-2636-EFB P

12                   Petitioner,

13        v.                                       ORDER

14   JERRY BROWN, et al.,

15                   Respondents.

16

17        Levi Micah Barter, a state prisoner without counsel, has filed a "writ of mandamus" and

18   "T.R.O. Order," requesting that his credits be restored and that he "immediately" be released

19   from Kern Valley State Prison, where he is confined.  The Clerk of the Court opened this action

20   as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  It appears from his initial

21   filing and the exhibits attached thereto that he wishes to challenge the warden's refusal to restore

22   petitioner's good time credits and set an early parole release date, as ordered by a Los Angeles

23   County Superior Court.  Therefore, this action should have been commenced in the district court

24   in Fresno.  E.D. Cal. Local Rule 120(d).

25        Accordingly, it is hereby ordered that:

26        1.  This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule

27   120(f).

28        2.  The Clerk of Court shall assign a new case number.

1      3.   All future filings shall bear the new case number and shall be filed at:

2

3                United States District Court
                  Eastern District of California
                  2500 Tulare Street

4                Fresno, CA 93721

5    Dated:  January 2, 2014.

6

7                  EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28